## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | |
|---|---|
| In re: | Chapter: 11 |
| LTL Management LLC vs. | Case Number: 21-30589 |
| Those Parties Listed on Appendix A to the Complaint | Civil Number: |
| John and Jane Does 1-1000, Kirk Williams, Official Committee of Talc Claimants, Official Committee of Talc Claimants II | Adversary Number: 21-03032 |
| | Bankruptcy Judge: KAPLAN |

### AMENDED TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**   ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal   ☒ Order being Appealed   ☐ Designation of Record on Appeal

☐ Statement of Issues   ☐ Transcript   ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal   ☐ Certification of Failure to File Designation   ☐ Motion to Withdraw the Reference

☒ Other  Clerk's Certificate of Service ; #184 Opinion

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on **March 7, 2022**. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Aylstock, Witkin, Kreis & Overholtz, PLLC | Appellee(s): | LTL Management LLC |
| Attorney: | Offit Kurman, P.A. | Attorney: | Wollmuth Maher & Deutsch LLP |
| Address: | 99 Wood Avenue South, Suite 302 | Address: | 500 Fifth Avenue |
| | Iselin, New Jersey 08830 | | New York, NY 10110 |

Title of Order Appealed: #184 Opinion Granting Preliminary Injunction and Resolving Adversary Proceedings in Debtors Favor. #187 Order (I) Declaring That Automatic Stay Applies To Certain Actions Against Non-Debtors and (II) Preliminary Enjoining Certain Action.

Date Entered On Docket: March 4, 2022 (#187 Order)   February 25, 2022 (#184 Opinion)

☒  An appeal has not previously been filed in this case.

☐  The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 21-CV-20252-FLW. **Motion to Withdraw Reference (not an appeal) | Chief Judge Freda L. Wolfson | 11/29/21 |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____

By: _____   Date: _____

*rev. 8/28/17*